# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:94-CR-143 JCM |
| Plaintiff(s), | SEALED ORDER |
| v. | |
| RANDALL RAY CHASTAIN, | |
| Defendant(s). | |

Presently before the court is *USA v. Chastain*, case no. 2:94-cr-00143-JCM. Petitioner Randall Ray Chastain filed an amended motion to vacate, set aside, or correct a sentence under 28 U.S.C. § 2255. (ECF No. 61).

Briefing shall proceed as follows: respondent has twenty-one (21) days from the date of this order to file a response. Thereafter, petitioner has fourteen (14) days to file a reply.

Accordingly,

IT IS HEREBY ORDERED that respondent shall file a response—specifically discussing the impact of *Dimaya v. Lynch*, 803 F.3d 1110 (9th Cir. 2015), *cert. granted*, 137 S. Ct. 31 (2016)—to petitioner's motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 (ECF No. 61) no later than twenty-one (21) days from the date of this order. Petitioner shall file a reply within fourteen (14) days thereafter.

DATED July 12, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**